

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-22-00198-CR

Juan Manuel **GOMEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0013-CR-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Appellant's brief was originally due June 10, 2022. On June 13, 2022, appellant filed a motion requesting a sixty-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by August 9, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court